UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In Re: Ulysses Travis Marshall | Case No.: 23-20869 |
| --- | --- |
| | Judge: BEH |
| | Chapter: Chapter 13 |
| Debtor. | |

## NOTICE OF REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

Geraci Law L.L.C., Attorneys for the debtor, have filed papers with the court requesting amendment of the unconfirmed Chapter 13 Plan in the above case.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to confirm the amended plan as proposed, or if you want the Court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the Court a written request for hearing that contains a short and plain statement of the factual and legal basis for the objection.  File your written request electronically or mail it to:

> Clerk of Bankruptcy Court
> 517 E. Wisconsin Avenue
> Room 126
> Milwaukee, WI  53202-4581

If you mail your request to the court for filing, you must mail it early enough so the Court will **receive** it on or before the expiration of 21 days.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and enter an order confirming the amended Chapter 13 plan.

Andrew Mark Golanowski
Geraci Law LLC
55 E. Monroe #3400
Chicago, IL 60603
Phone:  312.332.1800
Fax:  877.247.1960
Email: wal@geracilaw.com

Rec. No: 894794
WD - MOT - Notice and Request to Amended Unconfirmed Chapter 13 Plan 171101

# REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

1. This request to amend an unconfirmed Chapter 13 Plan **SUPERSEDES ALL PRIOR REQUESTS TO AMEND THE PLAN AND INCLUDES ALL PROPOSED AMENDMENTS. TERMS NOT FULLY STATED HERE OR IN THE ORIGINAL PLAN ARE NOT PART OF THE PLAN.**

2. Service. A certificate of service must be filed with the amendment. Designate one of the following:

    _X A copy of this proposed amendment has been served on the trustee, United States trustee and all creditors, or
    __ A motion requesting limited service is being filed simultaneously with the Court.

3. The Chapter 13 Plan filed with the Court is amended as follows:
   Section 2.1B of the plan is amended as follows:

   **B. First payment is due under the plan and the applicable commitment period begins:**

   *Debtor must check **either** (1) or (2) (do not check both) and then must check one (and only one) provision in the chosen section:*

   [X] **(1) The debtor paid the filing fee when filing the petition**, the first payment is due under the plan (choose one):
   - [ ] Thirty (30) days after the date of filing the petition.
   - [ ] Thirty (30) days after the entry of an order confirming the plan.
   - [X] On the following date: June 5, 2023.

All remaining terms of the original Chapter 13 Plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment control.

WHEREFORE, each Debtor requests that the Court approve this proposed amendment to the original Chapter 13 Plan.

**CERTIFICATION**

The Debtor's attorney must sign this certification. A Debtor represented by an attorney may sign this certification. If the Debtor does not have an attorney, the Debtor must sign this certification.

**The provisions in this Chapter 13 plan are identical to those contained in the official local form other than the changes listed in part 3.**

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted Friday, June 16, 2023.

_____        _____
Ulysses Travis Marshall
Debtor                                                                Debtor


 /s/Andrew Mark Golanowski_____
Andrew Mark Golanowski
Geraci Law L.L.C.
55 E. Monroe #3400
Chicago, IL 60603
Phone: (312) 332-1800
Fax: (877) 247-1960
Email: wal@geracilaw.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| **Case No.:** | **23-20869** |
| **Judge:** | **BEH** |
| **Chapter:** | **Chapter 13** |

**In Re: Ulysses Travis Marshall**

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that a copy of this Certificate of Service and a copy of the attached Notice of Request to Amend Unconfirmed Chapter 13 Plan were mailed First Class to the persons mentioned below, at their respective addresses, postage prepaid, by U.S. Mail on Friday, June 16, 2023:

Ulysses Marshall                        **SEE ATTACHED LIST**
3783 N. 62nd Street
Milwaukee, WI 53216

      Additionally, the documents referenced above were also served via electronic means on the following individuals on Friday, June 16, 2023:

| | |
|---|---|
| United States Trustee | Scott Lieske |
| Eastern District of Wisconsin | Chapter 13 Trustee |
| 517 E. Wisconsin Ave. | P.O. Box 510920 |
| Milwaukee, WI 53202 | Milwaukee, WI 53203 |

Dated this Friday, June 16, 2023.

                                                     By: */s/Ronald P. Dwyer*
                                                         Ronald P. Dwyer
                                                         Geraci Law,  L.L.C.

Rec. No: 894794
WD - MOT - Notice and Request to Amended Unconfirmed Chapter 13 Plan 171101
Case 23-20869-beh    Doc 31    Filed 06/16/23    Page 4 of 6

```
Label Matrix for local noticing          AURORA HEALTH CARE                    Aurora Health Care
0757-2                                   PO BOX 1123                           Bankruptcy Dept.
Case 23-20869-beh                        MINNEAPOLIS, MN 55440-1123            PO Box 341700
Eastern District of Wisconsin                                                  Milwaukee,WI 53234-1700
Milwaukee
Fri Jun 16 09:49:50 CDT 2023

Axcssfn/CNGO                             (p)CRESCENT BANK & TRUST              Capital ONE
Attn: Bankruptcy Dept.                   P O BOX 2829                          Attn: Bankruptcy Dept.
7755 Montgomery Rd Ste 4                 ADDISON TX 75001-2829                 Po Box 31293
Cincinnati,OH 45236-4291                                                       Salt Lake City,UT 84131-0293

Capital One N.A.                         CashNetUSA                            Chex Systems
4515 N Santa Fe Ave                      Bankruptcy Department                 Bankruptcy Department
Oklahoma City, OK 73118-7901             175 W. Jackson Blvd Ste 1000          7805 Hudson Rd., #100
                                         Chicago,IL 60604-2863                 Woodbury,MN 55125-1595

Cottonwood Financial Wisconsin, LLC      Credit ONE BANK NA                    Crescent BANK AND TRUS
2100 West Walnut Hill Lane               Attn: Bankruptcy Dept.                Attn: Bankruptcy Dept.
Suite 300                                Po Box 98875                          1100 Poydras St Ste 100
Irving, TX 75038-3268                    Las Vegas,NV 89193-8875               New Orleans,LA 70163-0100

Edfinancial Services L                   (p)EQUIFAX  INC                       Experian
Attn: Bankruptcy Dept.                   1550 Peachtree Street NE              Attn: Bankruptcy Dept.
120 N Seven Oaks Dr                      Atlanta, GA 30309                     PO Box 2002
Knoxville,TN 37922-2359                                                        Allen,TX 75013-2002

Huntington Bank                          IRS                                   IRS Priority Debt
PO Box 182387                            Centralized Insolvency Operation      Centralized Insolvency Operation
Columbus,OH 43218-2387                   PO Box 7346                           PO Box 7346
                                         Philadelphia,PA 19101-7346            Philadelphia,PA 19101-7346

LVNV Funding, LLC                        Office of the U. S. Trustee           (p)PNC BANK RETAIL LENDING
Resurgent Capital Services               517 East Wisconsin Ave.               P O BOX 94982
PO Box 10587                             Room 430                              CLEVELAND OH 44101-4982
Greenville, SC 29603-0587                Milwaukee, WI 53202-4510

(p)PORTFOLIO RECOVERY ASSOCIATES LLC     Quantum3 Group LLC as agent for       TBOM/ATLS/Aspire
PO BOX 41067                             Genesis FS Card Services Inc         Attn: Bankruptcy Dept.
NORFOLK VA 23541-1067                    PO Box 788                            5 Concourse Pkwy Ste 400
                                         Kirkland, WA  98083-0788              Atlanta,GA 30328-9114

TBOM/Milestone                           The Cash Store                        (p)TIDEWATER FINANCE COMPANY
Attn: Bankruptcy Dept.                   1256 N. Port Washington Rd.           P O BOX 13306
Po Box 4499                              Grafton,WI 53024-9315                 CHESAPEAKE VA 23325-0306
Beaverton,OR 97076-4499

Tiedwater Credit Services                Transunion                            US Dept. of Education
6520 Indian River Rd.                    Attn: Bankruptcy Dept.                120 N Seven Oaks Drive
Virginia Beach,VA 23464-3439             PO Box 1000                           Knoxville, TN 37922-2359
                                         Chester,PA 19016-1000
```

| | | |
|---|---|---|
| UW Credit Union<br>PO Box 44963<br>Madison, WI 53744-4963 | University OF Wisconsi<br>Attn: Bankruptcy Dept.<br>3500 University Ave<br>Madison,WI 53705-2141 | (p)VIVINT  INC<br>4931 N 300 W<br>PROVO UT 84604-5816 |
| WE Energies<br>Elaine<br>333 W. Everett Street<br>Room A130<br>Milwaukee,WI 53203-2803 | | |