So Ordered.

Dated: August 1, 2023



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: ULYSSES TRAVIS MARSHALL,  Chapter 13
Case No. 23-20869-BEH

Debtor.

## ORDER CONFIRMING CHAPTER 13 PLAN

The debtor filed a chapter 13 plan on March 3, 2023 and an amendment to the plan on June 16, 2023. The plan was transmitted as required by Federal Rule of Bankruptcy Procedure 3015, Local Rule 3015, or court order. The plan meets the requirements of 11 U.S.C. §1325.

IT IS ORDERED THAT:

1. The debtor's chapter 13 plan is confirmed. This order gives effect to all of the plan's terms.

2. Debtor must make plan payments of $995.00 monthly through August 2023; $1,108.00 monthly through June 2024; then $1,419.00 monthly for the remainder of the 60-month plan.

3. Unless otherwise provided by the plan or court order, the debtor's attorney is allowed the presumptively reasonable fee, and the trustee may disburse any unpaid portion of that fee in the manner provided for in the plan.

4. Unless the court otherwise orders, all creditors with claims entitled to priority under 11 U.S.C. §507 must be paid, in pro rata deferred cash payments, the full amount of the portion of their claim that is entitled to that priority.

5. The debtor must provide the trustee with a copy of each federal and state income tax return filed during the plan term within 14 days of filing any return.

6. The debtor may not borrow money, incur credit or sell or transfer property of the estate without the express written consent of the trustee or an order of this court.

7. If the debtor is engaged in business, the debtor must provide periodic financial statements to the trustee.

#####