IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN DIVISION

| In re: | ) | Case No.: | 23-20869 |
|---|---|---|---|
| **Ulysses Marshall** | ) | Chapter: | Chapter 13 |
| | ) | Date Filed: | 03/03/2023 |
| Debtor(s) | ) | 341 Date: | 03/30/2023 |
| | ) | Judge: | Honorable Beth E. Hanan |
| | ) | Trustee: | Scott Lieske |

### CHANGE OF ADDRESS - DEBTOR(S)

NOTICE IS HEREBY GIVEN that the new mailing address of the above named Debtor(s) on the general docket and the schedules on file in this matter should be changed to the following:

New Address:
7100 W. Villard Avenue 3
Milwaukee, WI 53218

Change Requested By:     Kathryn Mackenzie
Print or Type Name

 /s/ *Kathryn Mackenzie*
Signature

**Geraci Law L.L.C.**
**Kathryn Mackenzie,** Attorney for Debtor
55 E. Monroe #3400
Chicago, IL 60603
Phone: 312.332.1800
Fax: 877.247.1960
wal@geracilaw.com

GLL# 894794